# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRCT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00732-ECM |
| | ) |
| JOHN Q. HAMM, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF EXECUTION DATE

COME NOW Defendants in the above-captioned matter and notify this Honorable Court that Governor Kay Ivey has set Plaintiff's execution for February 6, 2025. The order is attached to this filing.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

Robert M. Overing
*Deputy Solicitor General*

Dylan Mauldin
*Assistant Solicitor General*

Polly S. Kenny
*Assistant Attorney General*

*/s/ **Lauren A. Simpson***
Lauren A. Simpson
*Deputy Attorney General*
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2025, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to: **John Palombi**, **Spencer Hahn**, **Eric Brown**, and **Matt Schulz**.

                                                                 Respectfully submitted,

                                                                 Steve Marshall
*Alabama Attorney General*

***/s/ Lauren A. Simpson***
Lauren A. Simpson
*Deputy Attorney General*
Counsel for Defendants

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov