# EXHIBIT B

Order Granting State's Motion to Set an Execution Date

Alabama Supreme Court

Case No.: 1981111

Dated December 16, 2024



# IN THE SUPREME COURT OF ALABAMA

December 16, 2024

1981111

Ex parte Demetrius Terrence Frazier PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Demetrius Terrence Frazier v. State of Alabama) (Jefferson Circuit Court: CC-95-2606; Criminal Appeals: CR-95-2222).

## ORDER

On October 18, 2024, the State of Alabama filed a motion requesting that this Court, pursuant to Rule 8(d)(1), Ala. R. App. P., enter an order authorizing the Commissioner of the Department of Corrections to carry out Demetrius Terrence Frazier's sentence of death within a time frame set by the Governor. Upon due consideration of such motion,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Commissioner of the Department of Corrections is authorized to carry out Demetrius Terrence Frazier's sentence of death within a time frame set by the Governor of the State of Alabama.

IT IS FURTHER ORDERED that the Governor shall set a time frame, which shall not begin less than 30 days from the date of this Order, within which the Commissioner of the Department of Corrections shall carry out Demetrius Terrence Frazier's sentence of death.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this Order electronically or by mailing a copy thereof by United States mail, postage prepaid, to the following:

- the attorneys of record for Demetrius Terrence Frazier;
- the Governor of Alabama;
- the Attorney General of Alabama;



# IN THE SUPREME COURT OF ALABAMA

December 16, 2024

- the Commissioner of the Department of Corrections;
- the Clerk of the Alabama Court of Criminal Appeals; and
- the Clerk of the Jefferson Circuit Court.

This Order authorizing the Commissioner to carry out Demetrius Terrence Frazier's sentence of death constitutes the execution warrant for Demetrius Terrence Frazier.

**Parker, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.**

I, Megan Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true, and correct copy of the judgment and order of the Supreme Court of Alabama regarding Demetrius Terrence Frazier as the same appears of record in this Court.

**Witness my hand and seal this 16th day of December, 2024.**

*Megan B. Rhodebeck*
Megan Rhodebeck
CLERK OF COURT
SUPREME COURT OF ALABAMA

