# EXHIBIT D

Demetrius Frazier's Opt-In Form

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this _____ day of June, 2018.

Z-608
Demetrius Frazier
Name / Inmate Number   O-14

Demetrius Frazier
Signature                Z-608