IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-732-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is Plaintiff Demetrius Frazier's motion for preliminary injunction (doc. 22) filed on January 15, 2025.  Upon consideration of the motion, and for good cause, it is

ORDERED that an evidentiary hearing and oral argument on the motion for preliminary injunction is SET for **January 28, 2025 at 9:30 a.m.** in **Courtroom 2A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The Clerk of the Court is DIRECTED to provide a court reporter.  It is further

ORDERED that the parties shall file Witness and Exhibit lists **no later than 5:00 p.m. on January 24, 2025**.

DONE this 15th day of January, 2025.

          /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE