IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS FRAZIER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:24-cv-732-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

It appears to the Court that some of the evidence upon which the parties may rely at the January 28, 2025 evidentiary hearing may be duplicative of evidence which has previously been presented in other litigation in this Court. Accordingly, and for good cause, it is

ORDERED that a status conference is SET for **January 21, 2025 at 1:00 p.m.** by telephone conference call. Counsel shall be prepared to discuss logistics for the January 28, 2025 evidentiary hearing, including whether the Court should take judicial notice of evidence which has previously been presented in other litigation in this Court, and upon which any party intends to rely, in order to conserve judicial and party resources and promote efficiency. Counsel are DIRECTED to contact Cindy Sanders, the undersigned's courtroom deputy, to obtain the phone number and access code to participate in the conference call. The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 17th day of January, 2025.

                            /s/ Emily C. Marks
                         EMILY C. MARKS
                         CHIEF UNITED STATES DISTRICT JUDGE