IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMETRIUS FRAZIER,

    Plaintiff,

    v.                                                                              NO. 2:24-cv-00732-ECM

JOHN Q. HAMM, Commissioner,                           **CAPITAL CASE**
Alabama Department of Corrections,                      Execution Scheduled
                                                                                                                                February 6, 2025

TERRY RAYBON, Warden,
Holman Correctional Facility,

    Defendants.

## MOTION FOR ORDER TRANSPORTING DEMETRIUS FRAZIER TO THE FRANK M. JOHNSON, JR. U.S. COURTHOUSE AND FOR COUNSEL'S REASONABLE ACCESS TO MR. FRAZIER

    Plaintiff Demetrius Frazier respectfully requests this Court enter an order transporting him from William C. Holman Correctional Facility (Holman) to the Frank M. Johnson, Jr. U.S. Courthouse (Courthouse) for an evidentiary hearing in this matter which is scheduled to begin at 9:30 a.m. (CST) on Tuesday, January 28, 2025. While at the Courthouse, Mr. Frazier will need reasonable access to meet with his counsel prior to, during, and after the hearing to discuss case strategy.

    WHEREFORE, Mr. Frazier respectfully requests this Court enter an order that he be transported from Holman to the Courthouse, to arrive by 8:45 a.m. (CST) on Tuesday, January 28, 2025, and remain at the Courthouse for the

duration of his hearing, including an additional reasonable time period after the conclusion of the hearing in which Mr. Frazier can discuss case strategy with his counsel. Mr. Frazier further requests this Court's order state that he shall have reasonable access to meet with his counsel prior to and during the hearing.

Respectfully submitted this 21st day of January 2025.

/s/ John A. Palombi
John A. Palombi
Kentucky Bar No. 86784
John_Palombi@fd.org

/s/ Spencer J. Hahn
Spencer J. Hahn
Oregon Bar No. 043027
Spencer_Hahn@fd.org

/s/ Eric Brown
Eric Brown
Colorado Bar No. 57721
Eric_Brown@fd.org

/s/ Matt D. Schulz
Matt D. Schulz
Nebraska Bar No: 22968
Matt_Schulz@fd.org

Federal Defenders for the Middle
 District of Alabama
817 S. Court Street
Montgomery, Alabama 36104
(334) 834-2099

*Counsel for Demetrius Frazier*

## **CERTIFICATE OF SERVICE**

I certify the foregoing was filed, via the CM/ECF system, on January 21, 2025, which will cause all counsel of record to receive an electronic copy.

/s/ John A. Palombi
John A. Palombi
